# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Darwin Advisory Partners LLC, | No. CV-23-00193-PHX-MTL |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Sadhna Bokhiria, et al., | |
| Defendants. | |

**IT IS ORDERED** that the parties' Stipulation to Dismiss with Prejudice (Doc. 104) is granted.

**IT IS FURTHER ORDERED** that all pending motions are denied as moot and all hearings are vacated.

**IT IS FINALLY ORDERED** that the Clerk of Court shall dismiss this action **with prejudice**, with each party bearing their own attorneys' fees and costs.

Dated this 12th day of September, 2023.

Michael T. Liburdi
United States District Judge