**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 800
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

Stephanie J. Quincy, SBN 014009, QuincyS@gtlaw.com
Shalayne L. Pillar, SBN 034066, PillarS@gtlaw.com
*Attorneys for Plaintiff/Counterdefendant
 Darwin Advisory Partners, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Darwin Advisory Partners, LLC, an Arizona limited liability company,<br><br>   Plaintiff,<br>v.<br><br>Sadhna Bokhiria, an unmarried individual; Dejana Nikolic, an unmarried individual; Kiria Advisory Partners, LLC, an Arizona limited liability company; and Rick Bronson and Tammy MacPherson, a married couple,<br><br>   Defendants.<br>_____<br>Sadhna Bokhiria, an unmarried individual; Dejana Nikolic, an unmarried individual,<br><br>   Counterclaimants,<br>v.<br>Darwin Advisory Partners, LLC, an Arizona limited liability company,<br><br>   Counterdefendant. | Case No. 2:23-cv-00193-MTL<br><br>**PLAINTIFF/COUNTERDEFENDANT'S UNOPPOSED MOTION TO EXONERATE/RELEASE BOND** |

  Plaintiff/Counterdefendant Darwin Advisory Partners, LLC ("Darwin") respectfully requests that the Court enter an Order directing the Clerk of the Court to exonerate/release to

ACTIVE 690595022v1

Darwin the cash bond deposited on February 28, 2023 for Case No. 2:23-cv-00193-MTL, in the amount of $5,000.00 (the "Bond"). Good cause exists to exonerate/release this Bond to Darwin. The case has concluded and the Bond is no longer necessary. Accordingly, Darwin respectfully requests that the Court direct the Clerk of Court to exonerate/release the Bond in the amount of $5,000.00 to Darwin.  This Motion is unopposed. A proposed form of order is lodged herewith.

DATED this 2nd day of October 2023.

GREENBERG TRAURIG, LLP

By: */s/ Stephanie J. Quincy*
Stephanie J. Quincy
Shalayne L. Pillar
*Attorneys for Plaintiff/Counterdefendant*